DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ZACHARY SCHNEIDER,

Appellant,

v.

KIM THI ANH DREMSTEDT,

Appellee.

No. 2D2025-1354

————————————————

March 13, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

Zachary Schneider, pro se.

Brian Calciano of Calciano Pierro, PLLC, St. Petersburg, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, ATKINSON and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.